UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

**This filing relates to:**

*Aguilar, et al. v. The Republic of the Sudan*, No. 1:23-cv-03246-GBD

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

April 24, 2023

                By:   */s/ Alexander Greene*
                           Alexander Greene, Esq.
                           ANDERSON KILL P.C.
                           1251 Avenue of the Americas
                           New York, NY 10020-1182
                           Telephone: 212-278-1000
                           Email: agreene@andersonkill.com

                           *Attorney for Plaintiffs*