UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |
|---|---|
| Maria Alayo Aguilar, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>The Republic of the Sudan,<br><br>　　　　　　　　　Defendant. | 1:23-cv-03246 (GBD)(SN)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs herein and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant The Republic of the Sudan.

Dated: July 11, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Jerry S. Goldman*
　　　　　　　　　　　　　　　　　　　　Jerry S. Goldman, Esq.
　　　　　　　　　　　　　　　　　　　　Bruce Strong, Esq.
　　　　　　　　　　　　　　　　　　　　Alexander Greene, Esq.
　　　　　　　　　　　　　　　　　　　　ANDERSON KILL P.C.
　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 278-1000
　　　　　　　　　　　　　　　　　　　　jgoldman@andersonkill.com
　　　　　　　　　　　　　　　　　　　　bstrong@andersonkill.com
　　　　　　　　　　　　　　　　　　　　agreene@andersonkill.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*